# Court of Appeals
# of the State of Georgia

ATLANTA,  November 02, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0108.  DRUID HILLS CIVIC ASSOCIATION, INC. et al. v. ROBERT H. BUCKLER et al.**

Applicants Druid Hills Civic Association, Inc., Leland W. K. Chung, Paul M. Parker, and Elise N. Riley have filed a motion to withdraw this application for discretionary appeal.  The motion is hereby GRANTED, and the application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
*C l e r k ' s     O f f i c e ,*
*Atlanta,*  11/02/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*